UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSE LUIS LOPEZ-JAIME**, <br><br> Petitioner, <br><br> vs. <br><br> **DETROIT FIELD OFFICE REBECCA ADDUCCI, SECRETARY DHS KIRSTJEN NIELSEN**, <br><br> Respondent. | 2:19-CV-11010-TGB <br><br><br> **JUDGMENT** |

## JUDGMENT

In accordance with the opinion and order issued on this date, DISMISSING the Petition for the Writ of Habeas Corpus;

It is ORDERED AND ADJUDGED that the case be dismissed and judgment entered in favor of Respondent.

Dated at Detroit, Michigan: May 31, 2019

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE